# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 20CV3828-JGB (JEM)                    Date 7/20/2020

Title: FAVOR v GRAY et al

Present: The Honorable John E. McDermott

| S. Lorenzo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None                                        None

Proceedings:   ☐ In Court          ☐ In Chambers       ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated 4/29/2020                  .

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
    Make JS-6.

☐  Other _____

☐  Entered _____.

Initials of Preparer _____ slo _____